# EXHIBIT 1

# EXHIBIT 1

## Terms of Use

**WWW.PORNNEWZ.COM** Terms of Use

Welcome to **WWW.PORNNEWZ.COM**! Please read these terms and conditions of use carefully before using **WWW.PORNNEWZ.COM** (the "Site").

THESE TERMS OF USE GOVERN YOUR USE OF THE SITE, WHICH IS PROVIDED BY HUSH-HUSH ENTERTAINMENT, INC. (HUSH-HUSH), THE OWNER OF THE SITE, (THE "OWNER"). BY ACCESSING THE SITE, YOU ARE INDICATING YOUR ACKNOWLEDGMENT AND ACCEPTANCE OF THESE TERMS OF USE. THESE TERMS OF USE ARE SUBJECT TO CHANGE BY THE OWNER AT ANY TIME IN ITS SOLE DISCRETION. YOUR USE OF THE SITE AFTER SUCH CHANGES ARE IMPLEMENTED CONSTITUTES YOUR ACKNOWLEDGMENT AND ACCEPTANCE OF THE CHANGES. PLEASE CONSULT THESE TERMS OF USE REGULARLY.
Age and Legal Access Certification

By subscribing to and entering the Site, you certify the following information and understand that the Owner is relying on such certification and agreement to these terms of service for allowing entry into the site. You hereby certify under unsworn declaration of perjury the following:

1. That you are eighteen (18) or twenty-one (21) years of age (whichever is applicable) or older;

2. That you are familiar with all of the local laws in your area affecting your legal right to access erotic or adult-oriented or obscene materials; and,

3. That you have the legal right to access erotic or adult-oriented or obscene materials and the Site has the legal right to transmit them to you; that you are requesting erotic or adult-oriented or obscene materials for your own private enjoyment and that you will NEVER share these materials with a minor or in ANY WAY make these materials available IN ANY FORM WHATSOEVER to a minor.

## Custodian of Records

The actors, models, actresses and/or other persons that appear in any visual, graphic, artistic, written or other depiction of actual sexually explicit conduct appearing or otherwise contained in this Website were over the age of eighteen (18) years at the time of the creation of such.
All other pictures, graphics, videos and/or other visual media displayed on this Site are exempt from the provisions of 18 U.S.C. §2257, any amendments thereto, and 28 C.F.R. 75, because said visual media do not consist of depictions of conduct as specifically listed in 18 U.S.C. §2256 (2)(i) through (iv), but are merely depictions of non-sexually explicit nudity, or are depictions of simulated sexual conduct , or are depictions as set forth in 18 U.S.C. 2256 (2)(v) created prior to July 27, 2006, and/or are otherwise exempt because the visual depictions were created prior to July 3, 1995.
With respect to all visual or written, artistic or graphic media, as defined above, displayed on this website, whether of actual sexually explicit conduct, simulated sexual content and/or otherwise, all persons in said visual depictions were at least eighteen (18) years of age when said visual media, as defined above, were created.
The records required from the producer of said video and visual media and pursuant to 18 U.S.C. Section 2257 and 28 C.F.R. 75 for all materials contained in the website are kept by the following Custodian of Records:

Custodian of Records:
K. Carr

Address:
14560 Calvert Street
Van Nuys, California 91411

E-mail address:
2257@hushinc.com

## Access to the Site

To access this Site and/or some of the resources it has to offer, you may be asked to provide certain registration details or other information. It is a condition of your use of this Site that all the information you provide on the Site will be correct, current, truthful, accurate and complete. If the Owner believes the information you have provided is not correct, current,

truthful, accurate and/or complete, the Owner has the right to refuse you access to the Site and/or any of its resources and to terminate or suspend your access at any time.

## Restrictions on Use

You may ONLY use the Site for purposes expressly permitted by the Site. You may not use the Site for any other purpose, including any commercial purpose, without the Owner's express prior written consent. For example, you may not (and may not authorize any other party to) (i) co brand the Site, and/or (ii) frame the Site, and/or (iii) hyper-link to the Site, without the express prior written permission of the Owner or its designated authorized representative. For purposes of these Terms of Use, "co branding" means, but is not limited to, display a name, logo, trademark, or other means of attribution or identification of any party in such a manner as is reasonably likely to give a user the impression that such other party has the right to display, publish, or distribute the Site or content accessible within the Site. You agree to cooperate with the Owner in causing any unauthorized co-branding, framing or hyper-linking immediately to cease.

## Proprietary Information

The material and content accessible from the Site, and any other World Wide Web site owned, operated, licensed, or controlled by the Owner (the "Content") is the proprietary information of the Owner or the party that provided the Content to the Owner and the Owner or the party that provided the Content to the Owner retains all right, title, and interest in the Content. Accordingly, the Content shall not be copied, distributed, republished, uploaded, posted, and/or transmitted in any manner whatsoever, without the express prior written consent of the Owner, except that you may print out a copy of the Content solely for your personal use. In doing so, you may not remove and/or alter, or cause to be removed and/or altered, any copyright, trademark, trade name, service mark or any other proprietary notice or legend appearing on any of the Content. Modification or use of the Content except as expressly provided in these Terms of Use violates the Owner's intellectual property rights. Neither title nor intellectual property rights are transferred to you by access to the Site.

## Hyper-Links

The Site may be hyper-linked to other sites which are not maintained by, or related to, the Owner. Hyper-links to such sites are provided as a service to users and are not sponsored by or affiliated with the Site or the Owner. The Owner has not reviewed any and/or all of such sites and is not responsible for the content of those sites. Hyper-links are to be accessed at the user's own risk and the Owner makes no representations or warranties about the content, completeness, legality and/or accuracy of these hyper-links or the sites hyper-linked to the Site. Further, the inclusion of any hyper-link to a third-party site does not necessarily imply endorsement by the Owner of that site.

## Submissions

You hereby grant to the Owner the royalty-free, perpetual, irrevocable, worldwide, non exclusive right and license to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, perform and display all content, remarks, suggestions, ideas, graphics, or other information communicated to the Owner through the Site (together, the "Submission"), and to incorporate any Submission in other works in any form, media, or technology now known or later developed. The Owner will not be required to treat any Submission as confidential and may use any Submission in its business (including without limitation, for products or advertising) without incurring any liability for royalties or any other consideration of any kind, and will not incur any liability as a result of any similarities that may appear in future Owner operations.

The Owner is free from any and/or all legal obligation under 18 U.S.C. §2257 for Submissions placed directly on the Site and shall not be responsible for 18 U.S.C. §2257 compliance unless the Submission comes with all records required under 18 U.S.C. §2257.

The Owner will treat any personal information that you submit through the Site in accordance with its Privacy Policy.

## Privacy Policy

THE PRIVACY POLICY FOR THE SITE, INCORPORATED HEREIN BY THIS REFERENCE, ALSO GOVERNS YOUR USE OF THE SITE. BY ACCESSING THE SITE, YOU ARE INDICATING YOUR ACKNOWLEDGMENT AND ACCEPTANCE OF THE PRIVACY POLICY. THE PRIVACY POLICY IS SUBJECT TO CHANGE BY THE OWNER AT ANY TIME IN ITS SOLE DISCRETION. YOUR USE OF THE SITE AFTER SUCH CHANGES ARE IMPLEMENTED

CONSTITUTES YOUR ACKNOWLEDGMENT AND ACCEPTANCE OF THE CHANGES. PLEASE CONSULT THE PRIVACY POLICY REGULARLY.
Disclaimer

YOU UNDERSTAND THAT THE OWNER CANNOT, WILL NOT AND DOES NOT GUARANTEE AND/OR WARRANT THAT FILES AVAILABLE FOR DOWNLOADING FROM THE INTERNET WILL BE FREE OF VIRUSES, WORMS, TROJAN HORSES AND/OR OTHER CODE THAT MAY MANIFEST CONTAMINATING OR DESTRUCTIVE PROPERTIES. YOU ARE RESPONSIBLE FOR IMPLEMENTING SUFFICIENT PROCEDURES AND CHECKPOINTS TO SATISFY YOUR PARTICULAR REQUIREMENTS FOR ACCURACY OF DATA INPUT AND OUTPUT, AND FOR MAINTAINING A MEANS EXTERNAL TO THE SITE FOR THE RECONSTRUCTION OF ANY LOST DATA. THE OWNER DOES NOT ASSUME ANY RESPONSIBILITY AND/OR RISK WHATSOEVER, IN ANY FORUM, FOR YOUR USE OF THE INTERNET.

YOUR USE OF THE SITE IS AT YOUR OWN RISK. THE CONTENT IS PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESSED OR IMPLIED. THE OWNER DISCLAIMS ALL WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND/OR NON-INFRINGEMENT. THE OWNER DOES NOT WARRANT THAT THE FUNCTIONS OR CONTENT CONTAINED IN THE SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SITE OR THE SERVER THAT MAKES IT AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THE OWNER DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING USE, OR THE RESULT OF USE, OF THE CONTENT IN TERMS OF ACCURACY, RELIABILITY OR OTHERWISE. THE CONTENT MAY INCLUDE TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS AND THE OWNER MAY OR MAY NOT MAKE CHANGES AND/OR IMPROVEMENTS AT ANY TIME. YOU, AND NOT THE OWNER, ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION IN THE EVENT OF ANY LOSS OR DAMAGE ARISING FROM THE USE OF THE SITE OR ITS CONTENT. THE OWNER MAKES NO WARRANTIES THAT YOUR USE OF THE CONTENT WILL NOT INFRINGE THE RIGHTS OF OTHERS AND ASSUMES NO LIABILITY OR RESPONSIBILITY FOR ERRORS OR OMISSIONS OR INFRINGEMENTS IN SUCH CONTENT. THE OWNER DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE CONTENT'S APPROPRIATENESS OR AUTHORIZATION FOR USE IN ALL COUNTRIES, STATES, PROVINCES, COUNTY, LOCALITIES OR ANY OTHER JURISDICTIONS. IF YOU CHOOSE TO ACCESS THE SITE, YOU DO SO ON YOUR OWN INITIATIVE AND RISK AND ARE SOLELY, TOTALLY AND COMPLETELY RESPONSIBLE FOR COMPLIANCE WITH ALL APPLICABLE LAWS.

## Limitation on Liability

THE OWNER, ITS SUBSIDIARIES, AFFILIATES, LICENSORS, SERVICE PROVIDERS, CONTENT PROVIDERS, EMPLOYEES, AGENTS, OFFICERS, OFFICIALS. CONTRACTORS AND DIRECTORS WILL NOT BE LIABLE FOR ANY DAMAGES, INCLUDING BUT NOT LIMITED TO, INCIDENTAL, DIRECT, INDIRECT, PUNITIVE, ACTUAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY, INCLUDING, BUT NOT LIMITED TO, LOSS OF REVENUE OR INCOME, PAIN AND SUFFERING, EMOTIONAL DISTRESS, OR SIMILAR DAMAGES, EVEN IF THE OWNER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL THE COLLECTIVE LIABILITY OF THE OWNER AND ITS SUBSIDIARIES, AFFILIATES, LICENSORS, SERVICE PROVIDERS, CONTENT PROVIDERS, EMPLOYEES, AGENTS, OFFICERS AND DIRECTORS TO ANY PARTY (REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT, OR OTHERWISE) EXCEED THE GREATER OF $100 OR THE AMOUNT YOU HAVE PAID TO THE OWNER FOR THE APPLICABLE CONTENT OR SERVICE OUT OF WHICH LIABILITY AROSE.

## Indemnity

YOU WILL INDEMNIFY, DEFEND AND HOLD THE OWNER, ITS SUBSIDIARIES, AFFILIATES, LICENSORS, CONTENT PROVIDERS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS, OFFICIALS, DIRECTORS, AND CONTRACTORS (THE "INDEMNIFIED PARTIES") HARMLESS FROM ANY AND ALL BREACHES OF THESE TERMS OF USE BY YOU, INCLUDING ANY USE OF CONTENT OTHER THAN AS EXPRESSLY AUTHORIZED IN THESE TERMS OF USE. YOU AGREE THAT THE INDEMNIFIED PARTIES WILL HAVE NO LIABILITY IN CONNECTION WITH ANY SUCH BREACH OR UNAUTHORIZED USE, AND YOU AGREE TO INDEMNIFY ANY AND ALL RESULTING LOSS, DAMAGES, JUDGMENTS, AWARDS, COSTS, EXPENSES AND ATTORNEYS' FEES OF THE INDEMNIFIED PARTIES IN CONNECTION THEREWITH. YOU WILL ALSO INDEMNIFY AND HOLD THE INDEMNIFIED PARTIES HARMLESS FROM AND AGAINST ANY CLAIMS BROUGHT BY THIRD PARTIES ARISING OUT OF YOUR USE OF THE INFORMATION ACCESSED FROM THE SITE.

## Trademarks

TRADEMARKS, SERVICE MARKS AND/OR LOGOS APPEARING ON OR IN THE SITE ARE THE PROPERTY OF THE

OWNER OR THE PARTY THAT PROVIDED THE TRADEMARKS, SERVICE MARKS AND/OR LOGOS TO THE OWNER. THE OWNER AND ANY PARTY THAT PROVIDED TRADEMARKS, SERVICE MARKS AND/OR LOGOS TO THE OWNER RETAIN ALL RIGHTS AND PRIVILEGES WITH RESPECT TO ANY OF THEIR RESPECTIVE TRADEMARKS, SERVICE MARKS, AND LOGOS APPEARING IN THE SITE.

## Information You Provide

You may not post, send, submit, publish or transmit, in connection with the Site, any material that:
" You do not have the right to post, including proprietary material of any third party;
" Advocates illegal activity and/or discusses an intent to commit an illegal act;
" Is vulgar, obscene, pornographic, or indecent;
" Does not pertain directly to the site;
" Threatens or abuses others, libels, defames, invades privacy, stalks, is obscene, pornographic, racist, abusive, harassing, threatening or offensive;
" Seeks to exploit or harm children by exposing them to inappropriate content, asking for personally identifiable details or otherwise;
" Infringes any intellectual property or other right of any entity or person, including violating anyone's copyrights or trademarks or their rights of publicity;
" Violates any law or may be considered to violate any law;
" Impersonates or misrepresents your connection to any other entity or person or otherwise manipulates headers or identifiers to disguise the origin of the content;
" Advertises any commercial endeavor (e.g., offering for sale products or services) or otherwise engages in any commercial activity (e.g., conducting raffles or contests, displaying sponsorship banners, and/or soliciting goods or services), except as may be specifically authorized on the site;
" Solicits funds, advertisers or sponsors;
" Includes programs which contain viruses, worms and/or trojan horses or any other computer code, files or programs designed to interrupt, destroy and/or limit the functionality of any computer software or hardware or telecommunications;
" Disrupts the normal flow of dialogue, causes a screen to scroll faster than other users are able to type, or otherwise acts in a way which affects the ability of other people to engage in real time activities via the site;
" Includes mp3 format files;
" Amounts to a 'pyramid' or similar scheme;
" Disobeys any policy or regulations established from time to time regarding use of the site or any networks connected to the site; or,
" Contains hyper-links to other sites that contain content that falls within the descriptions set forth above.

The Owner reserves the right to monitor use of the Site to determine compliance with these Terms of Use, as well the right to remove or refuse any information for any reason. Notwithstanding these rights, you remain solely responsible for the content of your submissions. You acknowledge and agree that neither the Owner nor any third party that provides Content to the Owner will assume or have any liability for any action or inaction by the Owner or such third party with respect to any submission.

## Security

Any passwords used for the Site are for individual use only. You will be completely and totally responsible for the security of your password. The Owner will be entitled to monitor your password and, at its discretion, require you to change it. If you use a password that the Owner considers insecure, the Owner will be entitled to require the password to be changed and/or terminate your account.

You are prohibited from using any services or facilities provided in connection with the Site to compromise security and/or tamper with system resources and/or accounts. The use or distribution of tools designed for compromising security (e.g., password guessing programs, cracking tools or network probing tools) is strictly prohibited. If you become involved in any violation of system security, the Owner reserves the right to release your details to system administrators at other sites in order to assist them in resolving security incidents. The Owner reserves the right to investigate suspected violations of these Terms of Use.

The Owner reserves the right to fully cooperate with any law enforcement authorities or court order requesting or directing the Owner to disclose the identity of anyone posting any e-mail messages, or publishing or otherwise making available any materials that are believed to violate these Terms of Use. BY ACCEPTING THIS AGREEMENT, YOU WAIVE AND HOLD HARMLESS THE OWNER, ITS SUBSIDIARIES, AFFILIATES, LICENSORS, SERVICE PROVIDERS, CONTENT PROVIDERS, EMPLOYEES, AGENTS, OFFICERS, OFFICIALS, CONTRACTORS AND DIRECTORS FROM ANY CLAIMS RESULTING FROM ANY ACTION TAKEN BY THE OWNER DURING OR AS A RESULT OF ITS INVESTIGATIONS AND/OR FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY EITHER THE OWNER OR LAW ENFORCEMENT AUTHORITIES.

## Credit Card Usage

The Site permits you to use a credit card to place an order to purchase materials and products for a fee. By placing an order on the Site, you agree to pay the Owner all amounts accrued in your account, including, but not limited to sales, tax and shipping and handling charges, when due. Your ability to purchase materials and products is subject to limits established by the Owner and/or your credit card issuer. The Owner shall bill your credit card at the time material is ordered and at any other time the Owner sees fit and appropriate to do so. The Owner reserves the right, in its sole discretion, and without prior notice, to decline service to or terminate your Site account without notice. The Owner also reserves the right, in its sole discretion, and without prior notice, to limit the order quantity on any material or product and/or to refuse service to any customer.

## Termination of Service

The Owner may alter, change, suspend or discontinue any aspect of the Site at any time, including the availability of any Site feature, database or content. The Owner may also impose limits on certain features and services or restrict your access to parts or the entire Site without notice or liability at any time in the Owner's exclusive discretion, without prejudice to any legal or equitable remedies available to the Owner, for any reason or purpose, including, but not limited to, conduct that the Owner believes violates these Terms of Use or other policies or guidelines posted on the Site or conduct which the Owner believes is harmful to other customers, to the Owner's business, or to other information providers. Upon any termination of this agreement, you will immediately discontinue your use and access of the Site and destroy all materials obtained from it.

## Waiver

The Owner's failure to enforce strict performance of any provision of these Terms of Use will not constitute a waiver of the Owner's right to subsequently enforce such a provision or any other provision of these Terms of Use nor will any delay or omission on the part of the Owner to exercise or take advantage of any right or remedy that the Owner has or may have hereunder operate as a waiver of any right or remedy.

## Acts of God

The Owner shall be excused from its obligations for any period to the extent that the Owner is prevented from performing, in whole or in part, its obligations under these Terms of Use, as a result of any acts of God, any action(s), regulation(s), order(s) or request(s) by any governmental or quasi-governmental entity (whether or not the action(s), regulations(s), order (s), or request(s) prove(s) to be invalid), Internet failure, equipment failure, earthquake, war, fire, flood, explosion, unusually severe weather, hurricane, embargo, labor dispute or strike (whether legal or illegal) labor or material shortage, transportation interruption of any kind, work slow-down, civil disturbance, insurrection, riot, foreign or domestic court order, third party non-performance (including the acts or omissions of any suppliers, agents, or subcontractors) or any other cause beyond the Owner's reasonable control affecting production or delivery in any manner, including failure or fluctuations in electrical power, heat, light, air conditioning or telecommunications equipment or lines or other equipment, whether electronic or otherwise.

## Notices

Notices by site owner to customers shall be given by means of electronic messages or by a general posting on the site. Notices by customers to site owner shall be given by electronic messages unless otherwise specified in the agreement. All questions, complaints, or notices to site owner by means of electronic message must be sent to PROVIDE E-MAIL ADDRESS. This will be the only acceptable form of communications.

## Miscellaneous

These Terms of Use will be governed and interpreted pursuant to the laws of the State of California, United States of America, notwithstanding any principles of conflicts of law. You specifically consent to personal jurisdiction in the State of California in connection with any dispute between you and the Owner arising out of these Terms of Use or pertaining to the subject matter hereof. The parties to these Terms of Use each agree that the exclusive venue for any dispute between the parties arising out of these Terms of Use or pertaining to the subject matter of these Terms of Use will be in the state and federal courts in California. If any part of these Terms of Use is unlawful, void or unenforceable, that part will be deemed severable and will not affect the validity and enforceability of any remaining provisions. These Terms of Use constitute the entire agreement among the parties relating to this subject matter. Notwithstanding the foregoing, any additional terms and conditions on the Site will govern the items to which they pertain. The Owner may revise these Terms of Use at any time

Case 2:10-cv-01404-LRH-LRL   Document 1-1   Filed 08/18/10   Page 7 of 23

by updating this posting.

Last updated: September 19, 2006

# EXHIBIT 2

# EXHIBIT 2

Case 2:70-cv-00404-LRH-...  Document  Filed 08/18/1  Page 9 of 23

**reviewjournal**.com



PRINT THIS

Powered by  Clickability

May. 30, 2010
Copyright © Las Vegas Review-Journal

# SEX INDUSTRY MINISTRY: XXXChurch.com strives to demonstrate Jesus' love in Las Vegas

## Group's methods untraditional

By SONYA PADGETT
LAS VEGAS REVIEW-JOURNAL

The strip club is dark enough to obscure faces but not the shape of a woman gyrating on a platform, entertaining three men at the bar.

Down on her hands and knees, the dancer, Simone, focuses on her moves and allows nothing to distract her. Then Joy Hoover, an agent of Jesus, walks by bearing a pink pastry box full of frosted treats.

"Cupcakes!"Â Simone yells, stretching an arm toward Hoover. "I want a cupcake. Save me one!"

A few minutes later, Simone (her stage name) is in the back room, cupcake in hand. She suspends her no-carb diet for a pink-frosted, sugary moment.

It is a moment of triumph for Hoover: pastries trumped pasties. Wielding her cupcakes, she works the room, handing out business cards to a handful of dancers taking breaks or preparing for shifts.

"We look forward to their visit," Simone says of Hoover and her partner-in-pole-ministry Krissee Danger (her real name). "They're phenomenal."

Hoover and Danger, both 23, are representatives of the nonprofit organization Strip Church, the ministry arm of XXXChurch.com. The "church" serves porn stars, strippers, prostitutes and anyone who subscribes to the belief that people deserve the love of Jesus Christ without the judgment of organized religion.

Porn pastor Craig Gross, 34, founded XXXChurch.com 10 years ago to do outreach at porn conventions. There is no physical church, just their desire to take God's message to the masses. About two years ago, Gross set up an office in Las Vegas and expanded the group's outreach to strip clubs, brothels, even the card flickers on the Strip. It's no fun when churches want to serve only the religious, Gross says.

They fund their outreach through donations and retail sales of products such as the Strip Church Bible or the book of Bible stories, "Jesus Loves Porn Stars." Like their name, their methods are less than traditional. Some might even say they're quirky, odd or downright unreligious.

"Our approach is to ask, 'What would Jesus do?'Â " Hoover explains. "Jesus hung out with prostitutes and everyday people. These women need love more than anything else."

Case 2:10-cv-01404-LRH-LRL Document 1-1 Filed 08/18/10 Page 10 of 23

Cupcakes and strippers are an odd mix, Hoover admits. But it works. The approach has helped them foster relationships with 15 strip clubs. Every Tuesday, Hoover makes a cupcake delivery to two of them, sometimes taking gifts for dancers who are celebrating birthdays.

On a recent visit to Cheetahs and then Rick's Cabaret, reactions are identical: The workers all dive into the cupcakes like kids at a birthday party.

With the exception of the calories, the cupcakes are free. No sermons. No proselytizing. No damnations for being in what many consider an unsavory business. The point is to let the women know they are loved and have someone to turn to if they need it, Hoover says.

That's a tough message to sell; a lot of dancers are used to scorn, especially where religion is involved. "Because there are these little church emblems on the cupcakes, I thought it was these ladies trying to poison us," a dancer at Rick's Cabaret says of the Strip Church's first visit to the club.

It's not often that a strip club allows this kind of access to a religious organization. Some clubs have been burned in the past --Â people have bought lap dances and then used the time to pray for the women, Gross says -- so, not surprisingly, that access hasn't come easily.

Diana, a manager at Cheetahs who didn't want to give her last name, was at first reluctant to let Hoover in to talk to the women. Too many bad experiences with religion.

"She told us this industry and religion don't mix," Hoover recalls.

"I've had people hide in the bathroom so they can tell the girls they're going to hell," says Diana, who has worked in the business for 29 years.

But there was something about the women from the Strip Church that made her reconsider her policy. They don't preach, Diana says. They bring treats, offer help to the girls and sometimes, help the house mother.

It's all about trust and the truth, Hoover says. They're upfront about their intentions and they don't deviate from them. They have also managed to make connections with people in the local porn business by following that same philosophy.

After the strip club visits, they often go to Porn Star Karaoke at Brando's Bar. It's a weekly industry event where producers, managers, porn actors and fans get together to sing karaoke and mingle. Recently, Danger, Hoover and her husband, Philip, hung out with porn stars Rebecca Love, Monroe Valentino, Gavin Steel and others. Their agenda is the same as at the strip clubs.

"We want them to feel loved and cared about," Hoover says.

What does that mean? Well, it can be anything from providing a shoulder to cry on to doing hair and makeup for the women.

They seem to back up their message through their actions, too. Recently, a woman called from a brothel in Reno, imploring them to help her get out of prostitution. The Strip Church flew her to Las Vegas, at their expense, where she slept on Hoover's couch until they got her into a halfway house. The organization will pay for her initial stay, Gross says.

"No one really wants to be a lifer in this business," Gross says of those who work in adult entertainment. "For us, it's not hey, here's my card, call us when you want out. It's call us if you want to get your hair done or go have a spa day with Joy."

"I feel like I'm a psychologist," says Hoover, who moved here five months ago from Michigan with her husband. They both heard the call to do this unconventional ministry about a year ago. "I wanted to go to school for social work but decided I couldn't do it because I get too emotionally affected by people's problems. But now here I am, doing this."

Philip Hoover, 31, usually assists with the nonprofit's other outreach programs: Free bus rides and burgers. On a recent Wednesday night, Gross drives while Philip Hoover and Danger jump off the bus to hand out free burgers and water to the card flickers who stand on nearly every Strip corner. In the background, the Bellagio fountains explode to the music of Lee Greenwood singing "God Bless the USA."

The point to this outreach is to be among the forgotten souls, Philip Hoover says. Sometimes, they bring representatives of Spanish-speaking churches with them.

Once the food and water are exhausted, they troll bus stops for would-be passengers.

The bus attracts a lot of attention; it's wrapped in a mural proclaiming "Jesus Loves Sin City" with a giant portrait of Jesus gazing out onto the world. As they move down the Strip, people point, stare open-mouthed or laugh.

There are times when the bus is filled to capacity but on this night, not a single person accepts, even though the ride is free. At one stop, a couple move toward the bus quickly, as if to beat the crowd. But when the man catches sight of the colorful Jesus mural, he grabs his companion's arm and pulls her back. His face crinkles in disgust.

Apparently, the sight of Jesus on the Strip elicits plenty of outraged expressions, incredulity, even the occasional middle finger salute.

"I always tell them we're not going to make them drink our Kool-Aid," Danger jokes. "Christians get a bad rap sometimes and deservedly so. People think we're going to try and convert them when they get on our bus. That's not what we believe Jesus would do. He would love people, minus an agenda."

Contact reporter Sonya Padgett at spadgett@ reviewjournal.com or 702-380-4564.

**Find this article at:**
http://www.lvrj.com/living/xxxchurch_com-strives-to-demonstrate-jesus--love-in-las-vegas-95211694.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3



3134
stores visited this year.

It's not enough to rage against the lie.. you've got to replace it with the truth.

Refresh PornNewz for the latest stories!

PornNewz Goes out to Stores, Distributors and Interweb Nuts all over the freakin' place!!
Our advertising team visits stores around the country everyday!!



- Home
- Gossip & silly shit!
- Video Newz
- Blogs
- Internet Newz
- Videoz

- DP Contest
- New Releases
- Events
- PR Roundup
- Store Sales Chart

- Dvd Reviews
- Sex Toy Reviews

## VideoZ



## Pornnewz Polls

• **Do you think adult studios are doing enough to combat piracy?**

○ Yes. They are trying but it's hard.
○ No. Are you kidding? They aren't doing nearly enough!

Vote

View Results

## Get the print-edition!

Add your store to the
PornNewz mailing list

Store Name

(required)

Store Address

(required)

Email

(valid email required)

Verification

2p5q

Submit

*cforms* contact form by delicious:days

## New Release Calender

| July 2010 | | | | | | |
|-----|-----|-----|-----|-----|-----|-----|
| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |
| «Jun | | | | | | Aug» |

## Archives

• July 5, 2010–July 11, 2010
• June 28, 2010–July 4, 2010
• June 21, 2010–June 27, 2010
• June 14, 2010–June 20, 2010
• June 7, 2010–June 13, 2010
• May 31, 2010–June 6, 2010
• May 24, 2010–May 30, 2010
• May 17, 2010–May 23, 2010
• May 10, 2010–May 16, 2010
• May 3, 2010–May 9, 2010

- April 26, 2010–May 2, 2010
- April 19, 2010–April 25, 2010
- April 12, 2010–April 18, 2010
- April 5, 2010–April 11, 2010
- March 29, 2010–April 4, 2010
- March 22, 2010–March 28, 2010
- March 15, 2010–March 21, 2010
- March 8, 2010–March 15, 2010
- March 1, 2010–March 7, 2010
- February 22, 2010–February 28, 2010
- February 15, 2010–February 21, 2010
- February 8, 2010–February 14, 2010
- February 1, 2010–February 7, 2010
- January 25, 2010–January 31, 2010
- January 18, 2010–January 24, 2010
- January 11, 2010–January 17, 2010
- January 4, 2010–January 10, 2010
- December 28, 2009–January 3, 2010
- December 28, 2009–January 3, 2010
- December 21, 2009–December 27, 2009
- December 14, 2009–December 20, 2009
- December 7, 2009–December 13, 2009
- November 30, 2009–December 6, 2009
- November 23, 2009–November 29, 2009
- November 16, 2009–November 22, 2009
- November 9, 2009–November 15, 2009
- November 2, 2009–November 8, 2009
- October 26, 2009–November 1, 2009
- October 19, 2009–October 25, 2009
- October 12, 2009–October 18, 2009
- October 5, 2009–October 11, 2009
- September 28, 2009–October 4, 2009
- September 21, 2009–September 27, 2009
- September 14, 2009–September 20, 2009
- September 7, 2009–September 13, 2009
- August 31, 2009–September 6, 2009
- August 24, 2009–August 30, 2009
- August 17, 2009–August 23, 2009
- August 10, 2009–August 16, 2009
- August 3, 2009–August 9, 2009
- July 27, 2009–August 2, 2009
- July 20, 2009–July 26, 2009
- July 13, 2009–July 19, 2009
- July 6, 2009–July 12, 2009
- June 29, 2009–July 5, 2009
- June 22, 2009–June 28, 2009
- June 15, 2009–June 21, 2009
- June 8, 2009–June 14, 2009
- June 1, 2009–June 7, 2009
- May 25, 2009–May 31, 2009
- May 18, 2009–May 24, 2009
- May 11, 2009–May 17, 2009
- May 4, 2009–May 10, 2009
- April 27, 2009–May 3, 2009
- April 20, 2009–April 26, 2009
- April 13, 2009–April 19, 2009
- April 6, 2009–April 12, 2009
- March 30, 2009–April 5, 2009
- March 23, 2009–March 29, 2009
- March 16, 2009–March 22, 2009

- March 9, 2009–March 15, 2009
- March 2, 2009–March 9, 2009
- February 23, 2009–March 1, 2009
- February 16, 2009–February 22, 2009
- February 9, 2009–February 15, 2009
- February 2, 2009–February 8, 2009
- January 26, 2009–February 1, 2009
- January 19, 2009–January 25, 2009
- January 12, 2009–January 18, 2009
- January 5, 2009–January 11, 2009
- December 29, 2008–January 4, 2009
- December 29, 2008–January 4, 2009
- December 22, 2008–December 28, 2008
- December 15, 2008–December 21, 2008
- December 8, 2008–December 14, 2008
- December 1, 2008–December 7, 2008
- November 24, 2008–November 30, 2008
- November 17, 2008–November 23, 2008
- November 10, 2008–November 16, 2008
- November 3, 2008–November 9, 2008
- October 27, 2008–November 2, 2008
- October 20, 2008–October 26, 2008
- October 13, 2008–October 19, 2008
- October 6, 2008–October 12, 2008
- September 29, 2008–October 5, 2008
- September 22, 2008–September 28, 2008
- September 15, 2008–September 21, 2008
- September 8, 2008–September 14, 2008
- September 1, 2008–September 7, 2008
- August 25, 2008–August 31, 2008
- August 18, 2008–August 24, 2008
- August 11, 2008–August 17, 2008
- August 4, 2008–August 10, 2008
- July 28, 2008–August 3, 2008
- July 21, 2008–July 27, 2008
- July 14, 2008–July 20, 2008
- July 7, 2008–July 13, 2008
- June 30, 2008–July 6, 2008
- June 23, 2008–June 29, 2008
- June 16, 2008–June 22, 2008
- June 9, 2008–June 15, 2008
- June 2, 2008–June 8, 2008
- May 26, 2008–June 1, 2008

# SEX INDUSTRY MINISTRY: XXXChurch.com strives to demonstrate Jesus' love in Las Vegas

**Group's methods untraditional**

The strip club is dark enough to obscure faces but not the shape of a woman gyrating on a platform, entertaining three men at the bar.



by Tawnya

Down on her hands and knees, the dancer, Simone, focuses on her moves and allows nothing to distract her. Then Joy Hoover, an agent of Jesus, walks by bearing a pink pastry box full of frosted treats.

"Cupcakes!"Â Simone yells, stretching an arm toward Hoover. "I want a cupcake. Save me one!"

A few minutes later, Simone (her stage name) is in the back room, cupcake in hand. She suspends her no-carb diet for a pink-frosted, sugary moment.

It is a moment of triumph for Hoover: pastries trumped pasties. Wielding her cupcakes, she works the room, handing out business cards to a handful of dancers taking breaks or preparing for shifts.

"We look forward to their visit," Simone says of Hoover and her partner-in-pole-ministry Krissee Danger (her real name). "They're phenomenal."

Hoover and Danger, both 23, are representatives of the nonprofit organization Strip Church, the ministry arm of XXXChurch.com. The "church" serves porn stars, strippers, prostitutes and anyone who subscribes to the belief that people deserve the love of Jesus Christ without the judgment of organized religion.

Porn pastor Craig Gross, 34, founded XXXChurch.com 10 years ago to do outreach at porn conventions. There is no physical church, just their desire to take God's message to the masses. About two years ago, Gross set up an office in Las Vegas and expanded the group's outreach to strip clubs, brothels, even the card flickers on the Strip. It's no fun when churches want to serve only the religious, Gross says.

They fund their outreach through donations and retail sales of products such as the Strip Church Bible or the book of Bible stories, "Jesus Loves Porn Stars." Like their name, their methods are less than traditional. Some might even say they're quirky, odd or downright unreligious.

"Our approach is to ask, 'What would Jesus do?'Â " Hoover explains. "Jesus hung out with prostitutes and everyday people. These women need love more than anything else."

Cupcakes and strippers are an odd mix, Hoover admits. But it works. The approach has helped them foster relationships with 15 strip clubs. Every Tuesday, Hoover makes a cupcake delivery to two of them, sometimes taking gifts for dancers who are celebrating birthdays.

On a recent visit to Cheetahs and then Rick's Cabaret, reactions are identical: The workers all dive into the cupcakes like kids at a birthday party.

With the exception of the calories, the cupcakes are free. No sermons. No proselytizing. No damnations for being in what many consider an unsavory business. The point is to let the women know they are loved and have someone to turn to if they need it, Hoover says.

That's a tough message to sell; a lot of dancers are used to scorn, especially where religion is involved. "Because there are these little church emblems on the cupcakes, I thought it was these ladies trying to poison us," a dancer at Rick's Cabaret says of the Strip Church's first visit to the club.

It's not often that a strip club allows this kind of access to a religious organization. Some clubs have been burned in the past —Â people have bought lap dances and then used the time to pray for the women, Gross says — so, not surprisingly, that access hasn't come easily.

Diana, a manager at Cheetahs who didn't want to give her last name, was at first reluctant to let Hoover in to talk to the women. Too many bad experiences with religion.

"She told us this industry and religion don't mix," Hoover recalls.

"I've had people hide in the bathroom so they can tell the girls they're going to hell," says Diana, who has worked in the business for 29 years.

But there was something about the women from the Strip Church that made her reconsider her policy. They don't preach, Diana says. They bring treats, offer help to the girls and sometimes, help the house mother.

It's all about trust and the truth, Hoover says. They're upfront about their intentions and they don't deviate from them. They have also managed to make connections with people in the local porn business by following that same philosophy.

After the strip club visits, they often go to Porn Star Karaoke at Brando's Bar. It's a weekly industry event where producers, managers, porn actors and fans get together to sing karaoke and mingle. Recently, Danger, Hoover and her husband, Philip, hung out with porn stars Rebecca Love, Monroe Valentino, Gavin Steel and others. Their agenda is the same as at the strip clubs.

"We want them to feel loved and cared about," Hoover says.

What does that mean? Well, it can be anything from providing a shoulder to cry on to doing hair and makeup for the women.

They seem to back up their message through their actions, too. Recently, a woman called from a brothel in Reno, imploring them to help her get out of prostitution. The Strip Church flew her to Las Vegas, at their expense, where she slept on Hoover's couch until they got her into a halfway house. The organization will pay for her initial stay, Gross says.

"No one really wants to be a lifer in this business," Gross says of those who work in adult entertainment. "For us, it's not hey, here's my card, call us when you want out. It's call us if you want to get your hair done or go have a spa day with Joy."

"I feel like I'm a psychologist," says Hoover, who moved here five months ago from Michigan with her husband. They both heard the call to do this unconventional ministry about a year ago. "I wanted to go to school for social work but decided I couldn't do it because I get too emotionally affected by people's problems. But now here I am, doing this."

Philip Hoover, 31, usually assists with the nonprofit's other outreach programs: Free bus rides and burgers. On a recent Wednesday night, Gross drives while Philip Hoover and Danger jump off the bus to hand out free burgers and water to the card flickers who stand on nearly every Strip corner. In the background, the Bellagio fountains explode to the music of Lee Greenwood singing "God Bless the USA."

The point to this outreach is to be among the forgotten souls, Philip Hoover says. Sometimes, they bring representatives of Spanish-speaking churches with them.

Once the food and water are exhausted, they troll bus stops for would-be passengers.

The bus attracts a lot of attention; it's wrapped in a mural proclaiming "Jesus Loves Sin City" with a giant portrait of Jesus gazing out onto the world. As they move down the Strip, people point, stare open-mouthed or laugh.

There are times when the bus is filled to capacity but on this night, not a single person accepts, even though the ride is free. At one stop, a couple move toward the bus quickly, as if to beat the crowd. But when the man catches sight of the colorful Jesus mural, he grabs his companion's arm and pulls her back. His face crinkles in disgust.

Apparently, the sight of Jesus on the Strip elicits plenty of outraged expressions, incredulity, even the occasional middle finger salute.

"I always tell them we're not going to make them drink our Kool-Aid,"Â Danger jokes. "Christians get a bad rap sometimes and deservedly so. People think we're going to try and convert them when they get on our bus. That's not what we believe Jesus would do. He would love people, minus an agenda."

Article Here

_____

# Comments

Name (required)

[                    ]

Email (required)

[                    ]

Website

[                    ]

Case 2:10-cv-01404-LKH-LRL Document 14 Filed 08/08/10 Page 19 of 23

Speak your mind

Submit Comment



[_____] CAPTCHA Code (required)

## Search

search this site...

## Our Title



## Industry Resources

- Anti-Piracy Program - Get your content removed from piracy sites
- UPC Codes - UPC Code Identifier List

## Our Sponsor



## Sponsor Links

- Best Licensed Talent Agency - Awesome girls!!
- Bone Digital Trailers! - Interracial the way you like it....down and dirty!!
- Hush Hush Entertainment Trailers - The Premiere Interracial Studio!!
- Hush Money! - Start sending traffic and make a ton of "Hush Money"
- Looking for Blackzilla? - You found him! click above
- PornNewz on Myspace - Visit us on Myspace
- SEX TAPES - Celebrity Sex Tapes
- Shane's World Cash - Webmasters become an Affiliate!!
- Shane's World Online - Real college girls!!!
- Shane's World Trailers!! - The Party Starts Here!!!
- Twitter - Follow us on Twitter
- Visit Hushpass! - One helluva site!!
- Voodoo House Trailers! - Gonzo done right!
- WhiteZilla!! - If you're looking for the Jewish Jawbreaker, you've found him!! WhiteZilla!!!!!
- XXXPornTalk.com - Adult Industry discussion forum

# Clickable version of PornNewz newzletter!!

- June 2010 - Newzletter June 2010
- April 2010 - Newzletter April 2010
- March 2010 - Newzletter March 2010
- February 2010 - Newzletter February 2010
- January 2010 - Newzletter January 2010
- December 2009 - Newzletter December 2009
- November 2009 - Newzletter November 2009
- October 2009 - Newzletter October 2009
- September 2009 - Newzletter September 2009
- Newzletter - August 2009 - August 2009
- July 2009 - Newzletter July 2009
- June 2009 - Newzletter June 2009
- May 2009 - Newzletter May 2009
- April 2009 - Newzletter April 2009
- March 2009 - Newzletter March 2009
- February 2009 - Newzletter February 2009
- January 2009 - Newzletter January 2009
- December 2008 - Newzletter December 2008
- November 2008 - Newzletter November 2008
- October 2008 - Newzletter October 2008
- September 2008 - Newzletter September 2008
- August 2008 - Newzletter August 2008
- July 2008 - Newzletter July 2008
- June 2008 - Newzletter June 2008

# To advertise with us:

- Advertising - Click here to contact our 'Advertising Department'
- PR'z - Click here to contact our 'PR'z Department'

***IF YOU ARE LOOKING FOR MORE ARTICLES, GO BACK TO THE TOP OF THE PAGE AND CLICK THE APPROPRIATE CATEGORY OR CLICK ON THE ARCHIVES***

Copyright © 2008-2009 PornNewz.com, PN Media Inc. - All rights reserved. Porn News Porn Stars Free Porn New Releases DVD Porn Review shane's world casey parker blackzilla whitezilla shawn d. shawn diesel richard mann shane diesel hush hush entertainment bone digital, voodoo house porn dvd's boz college invasion whitezilla vanillazilla shawn diesel

 PornNewZ RSS

18 USC 2257 record-keeping requirements compliance statement regarding models appearing on this website.

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:        Text

Registration Number / Date:
                     TX0007190316 / 2010-08-11

Application Title: XXXChurch.com strives to demonstrate Jesus' love overcomes
                     any stigma.

Title:               XXXChurch.com strives to demonstrate Jesus' love overcomes
                     any stigma.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-05-30

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                       Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                       States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC
```

==============================================================================