Gary K. Salomons, Esq., #3150
Elliot S. Blut, Esq., # 6570
ECOFF, BLUT & SALOMONS, LLP
300 South Fourth Street, Suite 701
Las Vegas, Nevada 89101
Telephone: (702)384-1050
Facsimile: (702)384-8565

Attorneys for Defendant
ANDREW STODDARD,
an individual

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada Limited Liability Company,<br><br>        Plaintiff,<br><br>v.<br><br>HUSH-HUSH ENTERTAINMENT, INC., a suspended California Corporation; PN MEDIA, INC., a California Company; ANDREW STODDARD, an individual,<br><br>        Defendants. | CASE NO. 2:10-cv-01404-LRH-LRL<br><br>**DEFENDANT ANDREW STODDARD'S EVIDENTIARY OBJECTIONS TO OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant ANDREW STODDARD ("Defendant" or "Stoddard") by and through its counsel of record, Ecoff, Blut & Salomons, LLP, hereby submits his Evidentiary Objection to Plaintiff's Opposition to his Motion to Dismiss Plaintiff's First Amended Complaint.

DATED: April 18, 2011          ECOFF, BLUT & SALOMONS, LLP


By: _____//s//_____

ELLIOT S. BLUT, ESQ.
Attorneys For Defendant
ANDREW STODDARD

1

**EVIDENTIARY OBJECTIONS**

1. <u>Declaration of Shawn A. Mangano., Paragraph 4, lines 10-11; Exhibit "1"</u>:

   "Attached hereto as Exhibit '1' is a true and correct copy of a print out from Wikipedia relating to Hush Hush Entertainment."

   **Grounds for Objection**: <u>Relevance</u> (*Federal Rules of Evidence* 401, 402); <u>Hearsay</u> (*Federal Rules of Evidence* 801, 802); <u>Lack of Foundation</u> (*Federal Rule of Evidence* 901).

   **Court's Ruling on Objection**:   Sustained:_____

   Overruled:_____

2. <u>Declaration of Shawn A. Mangano., Paragraph 5, lines 12-14; Exhibit "2"</u>:

   "Attached hereto as Exhibit '2' is a true and correct copy of a print out of an article posted on P2P Blog entitled 'Porn industry debates P2P lawsuits, fights about advertising on torrent sites'."

   **Grounds for Objection**: <u>Relevance</u> (*Federal Rules of Evidence* 401, 402); <u>Hearsay</u> (*Federal Rules of Evidence* 801, 802); <u>Lack of Foundation</u> (*Federal Rule of Evidence* 901); <u>Lack Of Personal Knowledge</u>; (*Federal Rules of Evidence* 602).

   **Court's Ruling on Objection**:   Sustained:_____

   Overruled:_____

3. <u>Declaration of Shawn A. Mangano., Paragraph 6, lines 15-17; Exhibit "3"</u>:

   "Attached hereto as Exhibit '3' is a true and correct copy of a print out of a news release located on The PAK Group, LLC's website entitled 'XHC Privacy Panel: Fight For Your IP Rights'."

2

      **Grounds for Objection**: <u>Relevance</u> (*Federal Rules of Evidence* 401, 402); <u>Hearsay</u> (*Federal Rules of Evidence* 801, 802); <u>Lack of Foundation</u> (*Federal Rule of Evidence* 901); <u>Lack Of Personal Knowledge</u>; (*Federal Rules of Evidence* 602).

      **Court's Ruling on Objection**:    Sustained:_____

                                                                       Overruled:_____

DATED: April 18, 2011                Respectfully submitted,

                                           ECOFF, BLUT & SALOMONS, LLP

                                           By:_____//s//_____
                                                      ELLIOT S. BLUT, ESQ.
                                                      Attorney for Defendant
                                                      ANDREW STODDARD